UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

_____

| | |
|---|---|
| WAYNE VOUGHT, on behalf of himself and a class of all other persons similarly situated, and JEANETTE VOUGHT, on behalf of herself and a class of all other persons similarly situated,<br><br>           Plaintiffs,<br>v.<br><br>BANK OF AMERICA, N.A., and BAC Home Loans Servicing, LP,<br><br>           Defendants. | Case No. 10-CV-2052 |

## ORDER

A Report and Recommendation (#50) was filed by Magistrate Judge David G. Bernthal in the above cause on September 24, 2010. On October 12, 2010, Defendants Bank of America, N.A., and Bank of America Home Loans Servicing, LP, filed their Objection to Report and Recommendation (#52). Following this court's careful de novo review of the Magistrate Judge's reasoning and Defendants' Objection and Plaintiffs' Response (#53), this court agrees with and accepts the Magistrate Judge's Report and Recommendation (#50). This court agrees that Defendants' Motion to Dismiss (#37) should be DENIED.

IT IS THEREFORE ORDERED THAT:

    (1) The Report and Recommendation (#50) is accepted by this court.

    (2) Defendants' Motion to Dismiss (#37) is DENIED.

    (3) This case is referred to Judge Bernthal for further proceedings.

                    ENTERED this 27th day of October, 2010

                            **s/ Michael P. McCuskey**
                            MICHAEL P. McCUSKEY
                            CHIEF U.S. DISTRICT JUDGE